## (March 8, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE SMITH, Appellant.—Judgment, Supreme Court, New York County, rendered on February 8, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Fein and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS NIEVES, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 28, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Evans, Fein, Markewich and Silverman, JJ.